## Certificate of Resolution
## Glens Falls RE Holdings, Inc.

Stephen Frank, the undersigned, hereby certifies that he is sole-shareholder, President and CEO of Glens Falls RE Holdings, Inc. (the "Corporation"), and that he is duly authorized to execute and deliver this certificate on its behalf.

The undersigned further certifies that the following resolutions were duly adopted at a special meeting of the shareholders held on March 11, 2024;

**NOW, THEREFORE, BE IT RESOLVED,** that the shareholders authorize and direct Greg Gisoti, on behalf of the Corporation, to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the Northern District of New York, on behalf of the Corporation; and

**BE IT FURTHER RESOLVED,** that Stephen Frank, on behalf of the Corporation, at such times as may be appropriate or convenient, is authorized and directed to appear in all such bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with said bankruptcy proceedings; and

**BE IT FURTHER RESOLVED,** that Stephen Frank, on behalf of the Corporation is authorized and directed to employ Boyle Legal, LLC, Michael L. Boyle, member, to represent the Corporation in said bankruptcy proceedings.

The undersigned further certifies that the foregoing resolutions are in full force and effect on the date hereof as resolutions duly adopted by the shareholders of the Corporation and have been in full force and effect at all times subsequent to the adoption, not having been amended, repealed, or modified.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of March 11, 2024.

/s/Stephen Frank
Stephen Frank, Sole Shareholder