COPY



## PROPERTY PRO
### RENTALS

51 Broad Street
Waterford, NY 12188
Tel: 518-500-4PRO; Fax: 518-279-2638
Email: info@518propertypro.com

Boyle Legal, LLC
64 2nd Street
Troy, NY 12180
ATTN: Mike Boyle, ESQ

Patrick C. Fiore ESQ
Managing Member

2025 AUG 27 PM 2:29
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
ALBANY

R&F

Via Hand Delivered and Email: Mike@BoyleBankrupcy.com

CASE # 24-10274

RE: Glens Falls RE Holdings
    190 Ridge Street, Glens Falls, NY
    195 Ridge Street, Glens Falls, NY
    45 William Street, Glens Falls, NY
    8 Lawton Avenue, Glens Falls, NY

Dear Attorney Boyle,

    My name is Pat Fiore. I am a NYS licensed attorney and Managing Member of Property Pro Rentals, LLC.

    By way of summary, I note the following.

    Property Pro Rentals, LLC had a contract to purchase above mentioned properties for the sum of $2,250,000. via contract last dated 05/06/2023.

    Via correspondence dated 11/03/2023, the purchaser received a mortgage commitment from a local bank to purchase said properties.

    Via contract addendum last dated 11/22/2023, the parties agreed to a $100,000. seller credit to "close out" the remaining due diligence items.

Unfortunately, this transaction was not consummated as the seller thereafter filed for Chapter 11 bankruptcy protection.

During the pendency of contract to bankruptcy filing, the purchaser thoroughly prepared with painstaking detail; a deferred maintenance budget and a schedule, a strategy to render said properties profitable and more importantly a strategy and acceptable timeframe to financially stabilize the properties so they are all compliant with mortgage lending requirements.

Approximately 2 weeks ago, I was contacted by the prior listing broker, Nic Ketter who graciously advised that the properties may be coming out of bankruptcy or an amendment may be filed with the court to allow for the sale of same. Based on same, we toured the property with Mr. Ketter, our banker, and a young man who identified himself as the "owner's son" and current property manager.

After additional analysis by our banking partner and our internal team we prepared and are submitting herewith a contract to purchase said properties for the sum of $1,800,000.

This contract contains very few contingency items.

We will get our financing.

Because our due diligence is nearly 100% satisfied we are submitting a binding contract as opposed to a binding or non-binding letter of intent. We are confident we can and will close this transaction more expeditiously than even a cash buyer.

Unfortunately, the properties value has decreased from our original offer for a plethora of reasons, including;

- Property taxes have increased by over $20,000.
- Insurance costs have increased from $7,600. to over $12,000.
- Actual National Grid payments made by the property owner are $21,000. not the $14,000. as previously estimated by the seller.

- At last contact, we used monthly rental estimates of $25,000. The current property manager provided us with a rent schedule proporting monthly rents to be $25,000. A party of interest in the bankruptcy proceedings subsequently advised monthly financials provided to the bankruptcy court put the actual monthly rent collected at $20,000.
- That same individual also advised that there was a fire at one of the rented units, the property owner received in excess of $40,000. in insurance proceeds and there is no evidence of any repairs that have been made to the damaged unit via financial disclosure documents or other. With that said, one such unit during our last inspection was boarded up, looked to have sustained fire damage, and we were denied access and told repairs were not yet started.
- No significant deferred maintenance has yet been completed and associated costs have risen from our last budget estimates.
- Additional expenditures are needed at 195 Ridge as the roof is now beyond repair and as such a new roof is now needed.

Within 24 hours of being notified this contract has been signed by the seller I will hand-deliver a deposit check to your office or whatever the court otherwise directs.

If you have or are expecting another offer perhaps ours can be retained as a backup offer.

I am confident that our offer is consistent with the current state of the property and financial numbers obtained. In fact, our banker advises that the maximum purchase price that is financeable by a lending institution with 25% down (industry standard) is $1,800,000.

If you have any questions or concerns, I am always available on my cell phone at 518-365-0996

Sincerely,

Patrick C Fiore
Attorney at Law

CC: Nic Ketter via email, nic@realizebrokers.com

Larry Magguilli, ESQ via email Lmagguilli@magguillilaw.com

US Bankruptcy Court
James T. Foley Bldg
U.S Courthouse
445 Broadway-Ste 330
Albany, NY 12202
HAND DELIVERED

**CIREB**
Commercial and Industrial Real Estate Brokers, Inc.
A PROFESSIONAL TRADE ASSOCIATION

Revised June 2012

# STANDARD FORM CONTRACT FOR PURCHASE AND SALE OF REAL ESTATE
THIS IS A LEGALLY-BINDING CONTRACT. IF NOT FULLY UNDERSTOOD, WE RECOMMEND ALL PARTIES TO THE CONTRACT CONSULT AN ATTORNEY BEFORE SIGNING.

1. **IDENTIFICATION OF PARTIES TO THE CONTRACT**
   A. **SELLER** - The Seller is
   **Glens Falls Re Holdings**
   **1510 Central Ave, Suite 380, Albany, NY 12205**
   (the word "Seller" refers to each and all parties who have an ownership interest in the Property).

   B. **PURCHASER** - The Purchaser is
   **Property Pro Rentals LLC, and/or assigns**
   **51 Broad Street, Waterford, NY 12188**
   (the word "Purchaser" refers to each and all of those who sign below as Purchaser).

2. **PROPERTY TO BE SOLD**
The Property and improvements which the Seller is agreeing to sell and which the Purchaser is agreeing to purchase is known as
**190 Ridge Street (520500 302.16-17-4) 195 Ridge Street (520500 303.13-8-21) 45 William Street (520500 302.16-17-5) 8 Lawton Avenue (520500 303.13-8-22)**
located in the city, village or town of **Glens Falls** in **Warren** County.
(This Property includes all the Seller's rights and privileges, if any, to all land, water, streets and roads annexed to, and on all sides of the property.) The lot size of the Property is described as approximately

3. **ITEMS INCLUDED IN SALE**
The items, if now in or on said Property are represented to be owned by the Seller, free from all liens and encumbrances, and are included in the sale "as is", on the date of this offer, together with the following items
**Picnic tables and all appliances as situated**

4. **PURCHASE PRICE**
The purchase price is ($ **1,800,000.00** ) **One Million, Eight Hundred Thousand**
DOLLARS
The Purchaser shall pay the purchase price as follows:

| $ | 10,000.00 | deposit with this contract. |
| $ | 30,000.00 | additional deposit on **on completion of purchasers due** _di/_ . |
| $ | | in cash or certified check at closing. |
| $ | 1,760,000.00 | by PURCHASER assuming and agreeing to pay a mortgage, now a recorded lien on the premises upon which there is unpaid estimated principal amount. |
| $ | | Purchase money mortgage to Seller (see attached addendum for terms) |
| $ | 1,800,000.00 | TOTAL PRICE |

1

### 5. MORTGAGE CONTINGENCY

This Contract is contingent upon Purchaser obtaining approval of a mortgage loan in the amount of $ __1,350,000.00__ at an initial rate of __prevail__ percent, fixed or adjustable; for a term of __25 years__ not to exceed __0__ points. Purchaser agrees to use diligent efforts to obtain said approval and shall apply for the mortgage loan within __10__ business days after the Seller has accepted this contract. Purchaser agrees to apply for such a mortgage loan to two lending institutions, if necessary. This contingency shall be deemed waived unless Purchaser shall notify __sellers attorney__ in writing as called for in paragraph 19, no later than __60 days from fully executed contract__ of his/her inability to obtain said approval. If the Purchaser so notifies, then this Contract shall be deemed cancelled, null and void, and all deposits made hereunder shall be returned to the Purchaser.

### 6. MORTGAGE EXPENSE AND RECORDING FEES

The mortgage recording tax imposed on the mortgagor, mortgage and deed recording fees, expenses of drawing papers and any other expenses to be incurred in connection with procuring a mortgage, shall be paid by the Purchaser.

### 7. OTHER TERMS (if any)

Email is acceptable form of communication, property to be free of all personal belongings, and debris, old water tanks, etc. & property to be maintained and in broom clean condition inside and out through closing. Addendum "A" attached hereto is made apart of this contract.

### 8. TITLE AND SURVEY

A. The abstract of title or any continuation thereof, or any title insurance policy shall be obtained at SELLER'S ☐ PURCHASER'S ☒ expense. The Seller shall cooperate in providing any available abstract of title or title insurance policy information without cost to PURCHASER. If the SELLER has a survey of the premises, it shall be provided to the PURCHASER and SELLERS ☐ PURCHASER ☒ shall pay the cost of updating any such survey or the cost of a new survey.

B. Title to the Property shall be free and clear of all liens, encumbrances, covenants, conditions and other matters affecting title, except for the Permitted Exceptions, and shall be good of record, in fact merchantable and insurable at standard rates. For the purposes of this Paragraph 8, the term "Permitted Exceptions" shall mean those matters affecting title to the Property set forth on Exhibit _____, attached hereto and made a part hereof.

### 9. CONDITION OF PREMISES

The buildings on the premises are sold "as is" without warranty as to condition, and the Purchaser agrees to take title to the buildings "as is" and in their present condition subject to reasonable use, wear, tear and natural deterioration between the date hereof and closing of title: except that in the case of any destruction within the meaning of the provisions of Section 5-1311 of the General Obligations Law of the State of New York entitled "Uniform Vendor and Purchaser Risk Act", said section shall apply to this Contract.

### 10. CONDITIONS AFFECTING TITLE

The Seller shall convey and the Purchaser shall accept the Property subject to all covenants, conditions, restrictions and easements of record and zoning and environmental protection laws so long as the Property is not in violation thereof and any of the foregoing does not prevent the intended use of the Property for the purpose of __Commercial- Apartments General 34 Units__; also subject to any existing tenancies, any unpaid installments of street or other improvement assessments payable after the date of the transfer of title to the property, and any state of facts which an inspection and/or accurate survey may show, provided that nothing in this paragraph renders the title to the Property unmarketable.

2

### 11. DEED

The Seller shall convey the Property to the Purchaser by Warranty Deed in proper form for recording, which deed shall include the covenant required by Subdivision "5" of Section 13 of the Lien Law. If the Seller conveys in any trust capacity, the usual deed given in such cases shall be accepted. The said deed shall be prepared, duly signed by the Seller, signature(s) acknowledged, all at the Seller's expense, so as to convey to the Purchaser the fee simple of said premises free and clear of all liens and encumbrances, except as herein stated. At Closing, Seller will pay any and all state, county and local transfer and recording fees pursuant to New York State Department of Taxation and Finance Combined Real Estate Transfer Tax Return (TP-584), plus any other transfer related tax or fee. All other costs and expenses attendant to settlement, including title company charges, shall be at the cost of the party that incurred same, at or prior to Closing.

### 12. TAX AND OTHER ADJUSTMENTS

The following, if any, shall be apportioned so that the Purchaser and Seller are assuming the expenses of the property and income from the property as of the date of transfer of title:

- A. Rents and security deposits. Seller shall assign to Purchaser all written leases and security deposits affecting the premises.
- B. Taxes, sewer, water, rents and condominium or association fees.
- C. Municipal assessment yearly installments except as set forth in item 9.
- D. Fuel, based upon fair market value at time of closing as confirmed by a certificate provided by Seller's supplier.

### 13. RIGHT OF INSPECTION AND ACCESS

Purchaser and/or a representative shall be given access to the Property for any tests or inspections. The PURCHASER agrees to hold Seller harmless against any and all liabilities that may arise from said tests and inspections. In the event the Purchaser does not purchase the Property, the Purchaser agrees to restore the Property to its original condition. This Contract is contingent upon a written determination(s), at Purchaser's expense, by a licensed architect or licensed engineer or by an agreed third party that the Property is free from structural, mechanical, and/or environmental defects exceeding a combined value of __see addendum "A"__. This contingency shall be deemed waived unless Purchaser shall notify __sellers attorney__ _____, in writing, by certified or registered mail, return receipt requested, post-marked no later than __see addendum "A"__ or by personal service by such date, of such defects(s), and furthermore supplied a written copy of the inspection report. If the Purchaser so notifies, then this Contract shall be deemed cancelled, null and void and all deposits made hereunder shall be returned to Purchaser or, at Purchaser's option, said cancellation may be deferred for a period of ten (10) days in order to provide the parties an opportunity to otherwise agree in writing.

### 14. TRANSFER OF TITLE

Transfer of title is to be completed at 12:00 noon on or about __60 days from receipt of all dilligence items__ at the office of __bank attorney__.

### 15. DEPOSITS

It is agreed that any deposits by the Purchaser are to be deposited with the Listing Broker as part of the purchase price. If the Seller does not accept the Purchaser's offer, all deposits shall be returned to Purchaser. If the offer is accepted by the Seller, all deposits will be held in escrow by the listing Broker until the contingencies and terms have been met. The Purchaser will receive credit on the total amount of the deposit toward the purchase price. Broker shall apply the total deposit to the brokerage fee. Any excess of deposit over and above the fee earned will go to the Seller.

If the contingencies and terms contained herein cannot be resolved, or in the event of default by the Seller or the Purchaser, the deposits will be held by the Broker pending a resolution of the disposition of the deposits.

### 16. REAL ESTATE BROKER

The Purchaser and Seller agree that __Property Pro Realty Group, inc.__ and __Realize Brokers__ brought about the sale, and Seller agrees to pay the Brokers' commission to __Realize Brokers__ as agreed to per separate agreement.

3

### 17. ADDENDA
The following attached addenda are part of this Contract:
a. **Addendum A**
b. **Respa**
c. **NYS DOCS**
d. **2% cobroke paid to buyers agent**
e. _____

### 18. ATTORNEYS APPROVAL CLAUSE
This Contract is contingent upon Purchaser and Seller obtaining approval of this Contract by their attorney as to all matters contained therein. This contingency shall be deemed waived unless Purchaser's or Seller's attorney on behalf of their client notifies **both brokers and other attorney** in writing, as called for in paragraph 19, of their disapproval of the Contract no later than **3 calendar days from exec. contract**. If Purchaser's or Seller's attorney so notifies, then this Contract shall be deemed cancelled, null and void, and all deposits shall be returned to the Purchaser.

### 19. NOTICES
All notices contemplated by this Contract shall be in writing, delivered by certified or registered mail, return receipt requested, postmarked no later than the required date, or by personal service by such date.

### 20. MISCELLANEOUS
A. Originals. This Contract may be executed in counterparts, each of which will be an original, and a facsimile copy showing execution shall be given the same force and effect of an original.
B. Section and Other Headings. The section and other headings are for reference purposes only and will not in any way affect the meaning or interpretation of the text of this Contract.
C. Governing Law. This Contract will be construed and enforced in accordance with the laws of the State of New York without giving effect to any conflict of laws or choice of laws to the contrary.

### 21. ENTIRE AGREEMENT
This Contract contains all agreements of the parties hereto. There are no promises, agreements, terms, conditions, warranties, representations or statements other than contained herein. This Contract shall apply to and bind the heirs, legal representatives, successors and assigns of the respective parties. It may not be changed orally.

THIS IS A LEGALLY-BINDING CONTRACT. IF NOT FULLY UNDERSTOOD, WE RECOMMEND ALL PARTIES TO THE CONTRACT CONSULT AN ATTORNEY BEFORE SIGNING.

Dated: **08/26/2025**

*Alexander Buell*  dotloop verified 08/26/25 2:34 PM EDT JWEH-BCLQ-SLZE-NCDP

Purchaser  
**Property Pro Rentals LLC**

Purchaser  
and/or assigns

### ACCEPTANCE

Dated: _____

Seller  
**Glens Falls Re Holdings**

Seller

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com    Ridge Street

4

**NEW YORK STATE OF OPPORTUNITY.**

**Division of Licensing Services**

New York State
Department of State
Division of Licensing Services
P.O. Box 22001
Albany, NY 12201-2001
Customer Service: (518) 474-4429
www.dos.ny.gov

## New York State Disclosure Form for Buyer and Seller

### THIS IS NOT A CONTRACT

*New York State law requires real estate licensees who are acting as agents of buyers or sellers of real property to advise the potential buyers or sellers with whom they work of the nature of their agency relationship and the rights and obligations it creates. This disclosure will help you to make informed choices about your relationship with the real estate broker and its sales agents.*

*Throughout the transaction you may receive more than one disclosure form. The law may require each agent assisting in the transaction to present you with this disclosure form. A real estate agent is a person qualified to advise about real estate.*

*If you need legal, tax or other advice, consult with a professional in that field.*

### Disclosure Regarding Real Estate Agency Relationships

**Seller's Agent**
A seller's agent is an agent who is engaged by a seller to represent the seller's interests. The seller's agent does this by securing a buyer for the seller's home at a price and on terms acceptable to the seller. A seller's agent has, without limitation, the following fiduciary duties to the seller: reasonable care, undivided loyalty, confidentiality, full disclosure, obedience and duty to account. A seller's agent does not represent the interests of the buyer. The obligations of a seller's agent are also subject to any specific provisions set forth in an agreement between the agent and the seller. In dealings with the buyer, a seller's agent should (a) exercise reasonable skill and care in performance of the agent's duties; (b) deal honestly, fairly and in good faith; and (c) disclose all facts known to the agent materially affecting the value or desirability of property, except as otherwise provided by law.

**Buyer's Agent**
A buyer's agent is an agent who is engaged by a buyer to represent the buyer's interest. The buyer's agent does this by negotiating the purchase of a home at a price and on terms acceptable to the buyer. A buyer's agent has, without limitation, the following fiduciary duties to the buyer: reasonable care, undivided loyalty, confidentiality, full disclosure, obedience and duty to account. A buyer's agent does not represent the interest of the seller. The obligations of a buyer's agent are also subject to any specific provisions set forth in an agreement between the agent and the buyer. In dealings with the seller, a buyer's agent should (a) exercise reasonable skill and care in performance of the agent's duties; (b) deal honestly, fairly and in good faith; and (c) disclose all facts known to the agent materially affecting the buyer's ability and/or willingness to perform a contract to acquire seller's property that are not inconsistent with the agent's fiduciary duties to the buyer.

**Broker's Agents**
A broker's agent is an agent that cooperates or is engaged by a listing agent or a buyer's agent (but does not work for the same firm as the listing agent or buyer's agent) to assist the listing agent or buyer's agent in locating a property to sell or buy, respectively, for the listing agent's seller or the buyer agent's buyer. The broker's agent does not have a direct relationship with the buyer or seller and the buyer or seller cannot provide instructions or direction directly to the broker's agent. The buyer and the seller therefore do not have vicarious liability for the acts of the broker's agent. The listing agent or buyer's agent do provide direction and instruction to the broker's agent and therefore the listing agent or buyer's agent will have liability for the acts of the broker's agent.

**Dual Agent**
A real estate broker may represent both the buyer and the seller if both the buyer and seller give their informed consent in writing. In such a dual agency situation, the agent will not be able to provide the full range of fiduciary duties to the buyer and seller. The obligations of an agent are also subject to any specific provisions set forth in an agreement between the agent, and the buyer and seller. An agent acting as a dual agent must explain carefully to both the buyer and seller that the agent is acting for the other party as well. The agent should also explain the possible effects of dual representation, including that by consenting to the dual agency relationship the buyer and seller are giving up their right to undivided loyalty. A buyer or seller should carefully consider the possible consequences of a dual agency relationship before agreeing to such representation. A seller or buyer may provide advance informed consent to dual agency by indicating the same on this form.

**Dual Agent with Designated Sales Agents**
If the buyer and seller provide their informed consent in writing, the principals and the real estate broker who represents both parties as a dual agent may designate a sales agent to represent the buyer and another sales agent to represent the seller. A sales agent works under the supervision of the real estate broker. With the informed consent of the buyer and the seller in writing, the designated sales agent for the buyer will function as the buyer's agent representing the interests of and advocating on behalf of the buyer and the designated sales agent for the seller will

DOS-1736-f (Rev. 11/15)                                                                                                                                                           Page 1 of 2
Property Pro Realty Group, Inc., 800 Route 146 Suite 320 Clifton Park NY 12065                          Phone: 5183763338          Fax: 5187837390                Ridge Street
Alexander Buell                 Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5  www.lwolf.com

## New York State Disclosure Form for Buyer and Seller

function as the seller's agent representing the interests of and advocating on behalf of the seller in the negotiations between the buyer and seller. A designated sales agent cannot provide the full range of fiduciary duties to the landlord or tenant. The designated sales agent cannot provide full range of fiduciary duties to the buyer or seller. The designated sales agent must explain that like the dual agent under whose supervision they function, they cannot provide undivided loyalty. A buyer or seller should carefully consider the possible consequences of a dual agency relationship with designated sales agents before agreeing to such representation. A seller or buyer provide advance informed consent to dual agency with designated sales agents by indicating the same on this form.

This form was provided to me by __**Alexander Buell**__ of __**Property Pro Realty Group, inc.**__
(Print Name of Licensee)                Print Name of Company, Firm or Brokerage)

a licensed real estate broker acting in the interest of the:

☐ Seller as a *(check relationship below)*            ☒ Buyer as a *(check relationship below)*

  ☐ Seller's Agent                                    ☒ Buyer's Agent

  ☐ Broker's Agent                                    ☐ Broker's Agent

            ☐ Dual Agent

            ☐ Dual Agent with Designated Sales Agent

For advance informed consent to either dual agency or dual agency with designated sales agents complete section below:

  ☐ Advance Informed Consent Dual Agency

  ☐ Advance Informed Consent To Dual Agency with Designated Sales Agents

If dual agent with designated sales agents is indicated above: _____ is appointed to represent the buyer; and _____ is appointed to represent the seller in this transaction.
(I) (We) __**Property Pro Rentals**__ acknowledge receipt of a copy of this disclosure form:

Signature of ☒ Buyer(s) and/or ☐ Seller(s):

*Alexander Buell*
dotloop verified
08/26/25 2:34 PM EDT
HCTM-6IQL-GKYF-AMSL

**Property Pro Rentals**

Date: __08/26/2025__                                   Date: _____

DOS-1736-f (Rev. 11/15)                                                    Page 2 of 2

**NEW YORK STATE OF OPPORTUNITY.** | **Division of Licensing Services**

New York State
Department of State Division of Licensing Services
(518) 474-4429
www.dos.ny.gov

New York State
Division of Consumer Rights
(888) 392-3644

# New York State Housing and Anti-Discrimination Disclosure Form

Federal, State and local Fair Housing Laws provide comprehensive protections from discrimination in housing. It is unlawful for any property owner, landlord, property manager or other person who sells, rents or leases housing, to discriminate based on certain protected characteristics, which include, but are not limited to **race, creed, color, national origin, sexual orientation, gender identity or expression, military status, sex, age, disability, marital status, lawful source of income or familial status.** Real estate professionals must also comply with all Fair Housing Laws.

**Real estate brokers and real estate salespersons, and their employees and agents violate the Law if they:**
- Discriminate based on any protected characteristic when negotiating a sale, rental or lease, including representing that a property is not available when it is available.
- Negotiate discriminatory terms of sale, rental or lease, such as stating a different price because of race, national origin or other protected characteristic.
- Discriminate based on any protected characteristic because it is the preference of a seller or landlord.
- Discriminate by "steering" which occurs when a real estate professional guides prospective buyers or renters towards or away from certain neighborhoods, locations or buildings, based on any protected characteristic.
- Discriminate by "blockbusting" which occurs when a real estate professional represents that a change has occurred or may occur in future in the composition of a block, neighborhood or area, with respect to any protected characteristics, and that the change will lead to undesirable consequences for that area, such as lower property values, increase in crime, or decline in the quality of schools.
- Discriminate by pressuring a client or employee to violate the Law.
- Express any discrimination because of any protected characteristic by any statement, publication, advertisement, application, inquiry or any Fair Housing Law record.

## YOU HAVE THE RIGHT TO FILE A COMPLAINT
**If you believe you have been the victim of housing discrimination** you should file a complaint with the New York State Division of Human Rights (DHR). Complaints may be filed by:
- Downloading a complaint form from the DHR website: www.dhr.ny.gov;
- Stop by a DHR office in person, or contact one of the Division's offices, by telephone or by mail, to obtain a complaint form and/or other assistance in filing a complaint. A list of office locations is available online at: https://dhr.ny.gov/contact-us, and the Fair Housing HOTLINE at (844)-862-8703.

You may also file a complaint with the NYS Department of State, Division of Licensing Services. Complaints may be filed by:
- Downloading a complaint form from the Department of State's website https://www.dos.ny.gov/licensing/complaint_links.html
- Stop by a Department's office in person, or contact one of the Department's offices, by telephone or by mail, to obtain a complaint form.
- Call the Department at (518) 474-4429.

There is no fee charged to you for these services. It is unlawful for anyone to retaliate against you for filing a complaint.

DOS-2156  (05/20)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

Property Pro Realty Group, Inc., 800 Route 146 Suite 320 Clifton Park NY 12065    Phone: 5183763338    Fax: 5187837390    Ridge Street
Alexander Buell    Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com



New York State
Department of State Division of Licensing Services
(518) 474-4429
www.dos.ny.gov

New York State
Division of Consumer Rights
(888) 392-3644

# New York State Housing and Anti-Discrimination Disclosure Form

For more information on Fair Housing Act rights and responsibilities please visit https://dhr.ny.gov/fairhousing and https://www.dos.ny.gov/licensing/fairhousing.html.

This form was provided to me by _____**Alexander Buell**_____ (print name of Real Estate Salesperson/

Broker) of _____**Property Pro Realty Group, Inc.**_____ (print name of Real Estate company, firm or brokerage)

(I)(We) _____**Property Pro Rentals**_____

(Buyer/Tenant/Seller/Landlord) acknowledge receipt of a copy of this disclosure form:

Buyer/Tenant/Seller/Landlord Signature  *Alexander Buell*  dotloop verified 08/26/25 2:34 PM EDT  RIKG-JMUP-SXSF-KSKW    Date __08/26/2025__
**Property Pro Rentals**

Buyer/Tenant/Seller/Landlord Signature _____    Date _____

Real Estate broker and real estate salespersons are required by New York State law to provide you with this Disclosure.

DOS-2156  (06/20)                                                                                                               Page 2 of 2

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5  www.lwolf.com    Ridge Street



## Property Pro Realty Group, Inc Disclosure of Affiliate Companies

Property Pro Realty Group, Inc. is a real estate broker duly licensed by the State of New York, with its principal office located at 51 Broad Street, Waterford, New York 12188.

We wish to disclose to you, the Purchasers and/or Sellers of real estate, that there exists a close affiliation between and to some degree, a common ownership, of the following companies: Zappone & Fiore Law Firm, Property Pro Realty Group, Inc. and Property Pro Rentals, LLC. These companies provide services sometimes needed or desired by Purchasers and Sellers. Other companies also offer these services as well. No fees of any type are paid to Property Pro Realty Group, Inc. in connection with a mortgage transaction, title insurance transaction, home construction, or property management, other than return on ownership interest. Disclosure of the relationships is required pursuant to Section 2607 of the Real Estate Settlement Act of 1974 as amended (RESPA).

You, the Purchasers and Sellers, should determine to your own satisfaction which services you need or desire and which company can best provide these services. It is agreed and understood that the customers or clients of Property Pro Realty Group, Inc. may be contacted by a representative of Property Pro Realty Group, Inc. and/or any above mentioned companies concerning this or future real estate matters at the phone number provided to agent by consumer.

As Real Estate Brokers, we are not advisors on legal, engineering, surveying, water quantity or quality, the existence of insect infestation, structural condition, or other technical matters. We will be pleased to provide you with information on how to engage such other professionals as you may determine to use in your transactions. Our goal is to arrange a meeting of the minds between the Purchaser and Seller and to make the transactions as easy as possible. We will be happy to answer any questions regarding our role as Real Estate Brokers.

*Alexander Buell*    dotloop verified
08/26/25 2:34 PM EDT
R489-OLZ7-IOLF-URVU

| Property Pro Rentals, LLC | Date | Seller | Date |

| Purchaser | Date | Seller | Date |

*Alexander Buell*    dotloop verified
08/26/25 2:34 PM EDT
PNVD-XF94-DXJU-RCKY

| Alexander Buell | Date | Seller | Date |



# PROPERTY PRO
*Realty Group, inc.*
### Addendum A

This entire agreement is contingent upon the seller producing the following documentation and the inspection and approval of same by the purchaser in its sole discretion;

1. List of any outstanding litigation / lawsuits
2. Certificate of occupancy or its equivalent issued by The governing Municipality for all units,
3. List and photocopy of any open building permits,
4. Copy of any outstanding building code violations,
5. Copy of all utility bills paid by the property owner for calendar year 2024-date,
6. Copy of all active lease agreements,
7. Certified rent roll for all units which shall include rental due date, amount of rent. Tenant phone number and email. Security deposit held, security deposit held/used and explanation of same. Amount of rental arrearage if applicable for all tenants,
8. Completion of a phase 1 environmental report, if available.
9. Purchasers shall be allowed access to all residential units, common areas, basements, and attics for a cursory inspection.

The purchasers shall have 7 days to complete said review of due diligence items herein which said 7 days will not start running until the LAST document / item requested herein is received by the purchasers.

The receipt, review and approval of the items listed herein shall be at the purchaser's sole discretion.

_____  8/26/2025
Property Pro Rentals, LLC / Date

_____
Glens Falls Holdings / Date