UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
NEW YORK

In re:

GLENS FALLS RE HOLDINGS, INC.,

Debtor

IN BANKRUPTCY
NO. **24-10274-1-pgr**
Chapter 11

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed application of Phil Rose Apartments, LLC, by its attorney, Bartlett, Pontiff, Stewart & Rhodes, P.C., the undersigned will move this Court at United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Suite 327, Albany, New York on April 16, 2026, at 10:30 o'clock in the forenoon, or as soon thereafter as counsel can be heard, for an order (i) dismissing or converting the single asset real estate case of Glens Falls RE Holdings, Inc. (the "Debtor") pursuant to 11 U.S.C. 1112(b)(1) and (b)(4), (ii) lifting the automatic stay pursuant to 11 U.S.C. § 362, (iii) imposing a bar to future filings pursuant to 11 U.S.C. §§ 105(a) and 349(g), and (iv) granting further relief as the Court may deem just and proper. Appearances may be made in person at the Courthouse as stated above, or by telephone via call-in number (877) 402-9753 using access code 4954900#.

PURSUANT TO FED. R. BANKR. P. 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE.

PLEASE TAKE NOTICE, THAT COPIES OF THE PAPERS IN SUPPORT OF THIS MOTION ARE AVAIALBLE, WITHOUT CHARGE, FROM THE MOVANT UPON REQUEST TO THE UNDERSIGNED.

Dated: March 13, 2026                      BARTLETT, PONTIFF, STEWART
                                                        & RHODES, P.C.

                                      By: _____
                                             John D. Wright, Esq.
                                             *Attorneys for Creditor*
                                             ~~One~~ Washington Street
                                             P.O. Box 2168
                                             Glens Falls, New York 12801
                                             Tel. No.: (518) 792-2117
                                             Email: jdw@bpsrlaw.com

**TO: MICHAEL LEO BOYLE, ESQ. (via CM/ECF)**
Attorney for Debtor
64 Second Street
Troy, New York 12180

**UNITED STATES TRUSTEE (via CM/ECF)**
11A Clinton Avenue, Room 620
Albany, New York 12207

2