August 25, 2026

**Via ECF:**
Judge Patrick G. Radel
United States Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re: Glens Falls RE Holdings, Inc.
Ch. 11 Case no. 24-10274

Dear Judge Radel:

This firm represents Glens Falls RE Holdings, Inc., the Debtor-in-Possession in the above-referenced Chapter 11 bankruptcy matter.

On July 21, 2026, the Court entered a text order extending the deadline for an amended Disclosure Statement to be filed on or before August 28, 2026.

On August 21, 2026, a Notice of Appearance was filed by Peter A. Pastore, new counsel for creditor, Midland Mining Limited.

As the Debtor's Plan of Liquidation is predicated upon the sale of Debtor's properties, and the confirmation of same is dependent on the consent of counsel for Midland Mining, at this time we respectfully request that the Court extend the deadline to file an amended Disclosure Statement to September 25, 2026.

Thank you for your attention to this matter.

Respectfully,

/s/ Michael L. Boyle

Michael L. Boyle
**Boyle Legal LLC**
*Attorney for Debtor*

CC: (via ecf)
Peter A. Pastore, Esq.
John D. Wright, Esq.
United States Trustee